UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/08
```

KEVIN SLAY,                                   :

                        Plaintiff,      :        08 Civ. 5152 (SHS) (THK)

      -against-                              :        **ORDER OF REFERENCE**
                                                                        **TO A MAGISTRATE JUDGE**

THE CITY OF NEW YORK, *ET AL.*,            :

                        Defendants.    :

------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| **XX** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute* | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | Purpose: _____ |
| | | ____ Habeas Corpus |
| ____ | Settlement* | ____ Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | Particular Motion: _____ |
| | | All such motions: ____ |

Dated: New York, New York
         June 11, 2008

SO ORDERED:

/s/ Sidney H. Stein

Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.