

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | AMY N. OKEREKE<br>*Assistant Corporation Counsel*<br>(212) 788-9790<br>(212) 788-9776 (fax)<br>aokereke@law.nyc.gov |
|---|---|---|

July 14, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

**VIA FAX**
*Fax: (212) 805-7924*
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

    Re:  <u>Kevin Slay v. City of New York, et al.</u>
          08 Civ. 5152 (SHS)

Your Honor:

       I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York. Defendant respectfully requests that its time to respond to the complaint in this action be extended for sixty days from July 14, 2008 to September 12, 2008. Plaintiff's counsel consents to this request.

       Plaintiff alleges that he was subjected to excessive force following an incident on March 9, 2007 involving New York City Police Officers. Plaintiff's complaint alleges that, on the day in question, at approximately 3:45 PM, police officers grabbed him, threw him to the ground, and proceeded to punch and kick him all over his body. An enlargement of time will give this office the opportunity to investigate these allegations in accordance with our obligations under Rule 11 of the Federal Rules of Civil Procedure. Currently, this office is in the process of forwarding to plaintiff for execution medical releases. These executed releases are necessary for our office to obtain the medical records pertaining to the plaintiff's alleged injuries and treatment.

       No previous request for an extension has been made in this action. Accordingly, we respectfully request that defendant's time to respond to the complaint be extended until September 12, 2008.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

Amy N. Okereke
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Brett H. Klein, Esq., attorney for plaintiff (via fax: (718) 522-3225)

*The response to the Complaint will be filed by September 12, 2008.*

**SO ORDERED**

7/15/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

- 2 -